IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-27-D

SUSAN DEVERNA, )
)
Plaintiff, )
)
v. ) **ORDER**
)
RITE AID OF NORTH CAROLINA, INC., )
RITE AID HDQTRS., CORP., JIN LEE, )
ECKERD CORPORATION d/b/a RITE AID, )
)
Defendants. )

On March 2, 2017, defendants Rite Aid of North Carolina, Inc., and Rite Aid Hdqtrs. Corp. (collectively "defendants") moved to dismiss plaintiff Susan Deverna's intentional infliction of emotional distress ("IIED") claim [D.E. 7]. See Fed. R. Civ. P. 12(b)(6). On March 30, 2017, Deverna voluntarily dismissed her IIED claim against defendants and limited that claim to defendant Jin Lee ("Lee") individually [D.E. 20].

On April 18, 2017, Lee moved to dismiss Deverna's IIED claim [D.E. 21]. See Fed. R. Civ. P. 12(b)(6). On May 4, 2017, Deverna responded in opposition [D.E. 25]. On May 9, 2017, Lee replied [D.E. 26].

The court has reviewed Deverna's IIED claim under the governing standard. See Fed. R. Civ. P. 12(b)(6); Ashcroft v. Iqbal, 556 U.S. 662, 677–78 (2009); Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555–63, 570 (2007); Coleman v. Md. Ct. of Appeals, 626 F.3d 187, 190 (4th Cir. 2010), aff'd, 566 U.S. 30 (2012); Nemet Chevrolet, Ltd. v. Consumeraffairs.com, Inc., 591 F.3d 250, 255 (4th Cir. 2009); Giarratano v. Johnson, 521 F.3d 298, 302 (4th Cir. 2008).

Deverna's IIED claim against Lee fails to state a claim upon which relied can be granted. Compare Compl. [D.E. 1] ¶¶ 56–60, with Bratcher v. Phar. Prod. Dev., Inc., 545 F. Supp. 2d 533, 544–45 (E.D.N.C. 2008); Efird v. Riley, 342 F. Supp. 2d 413, 426–27 (M.D.N.C. 2004); Thomas v. N. Telecom, Inc., 157 F. Supp. 2d 627, 634–36 (M.D.N.C. 2000); see also Waddle v. Sparks, 331 N.C. 73, 82, 414 S.E.2d 22, 27 (1992); Dickens v. Puryear, 302 N.C. 437, 452–53, 276 S.E.2d 325, 335 (1981); Hogan v. Forsyth Country Club Co., 79 N.C. App. 483, 490, 340 S.E.2d 116, 121 (1986).

In sum, the court DISMISSES as moot defendants' motion to dismiss [D.E. 7] and GRANTS Lee's motion to dismiss [D.E. 21]. Plaintiff's IIED claim is DISMISSED for failure to state a claim on which relief can be granted.

SO ORDERED. This _2_ day of August 2017.

JAMES C. DEVER III
Chief United States District Judge